FILED IN
COURT OF CRIMINAL APPEALS

March 13, 2015

ABEL ACOSTA, CLERK

PD-1427-13
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/13/2015 1:13:00 PM
Accepted 3/13/2015 1:15:40 PM
ABEL ACOSTA
CLERK

No. PD-1427-13

## IN THE TEXAS COURT OF CRIMINAL APPEALS

VANESSA CAMERON,
*Appellant,*

*v.*

STATE OF TEXAS,
*Appellee.*

---

## MOTION FOR LEAVE TO FILE CORRECTED APPELLANT'S/RESPONDENT'S RESPONSE TO STATE'S REPLY BRIEF

---

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS, SAN ANTONIO, TEXAS:

NOW COMES, Petitioner, VANESSA CAMERON, by and through undersigned counsel and files this motion for leave to file her Corrected Response to the State's Reply Brief and in support of same would show the following:

1. Undersigned counsel filed the Appellant's/Respondent's Response to State's Reply Brief yesterday, March 12, 2015.

2. This case is set for submission on Wednesday, March 18, 2015.

3. This brief has now been corrected to include a Table of Contents, Table of Authorities and Certificate of Compliance.

1

WHEREFORE, PREMISES CONSIDERED, the Appellant/Respondent, Vanessa Cameron, respectfully prays that this Honorable Court grant this Motion for Leave to File her Corrected Response to the State's Reply Brief.

Respectfully submitted:

GERALD H. GOLDSTEIN
Bar No. 08101000
DONALD H. FLANARY
Bar No. 24045877
GOLDSTEIN, GOLDSTEIN AND HILLEY
310 S. St. Mary's St.
29th Floor Tower Life Bldg.
San Antonio, Texas 78205
210-226-1463
210-226-8367 facsimile

JOHN T. HUNTER
Bar No. 24077532
310 S. St. Mary's St.
Suite 1840- Tower Life Bldg.
San Antonio, Texas  78205
210-399-8669
210-568-4927 facsimile

By: */s/ Gerald H. Goldstein*
        Gerald H. Goldstein

Attorneys for Appellant/Respondent,
VANESSA CAMERON

## CERTIFICATE OF SERVICE

This is to certify that on March 11, 2015, a true and correct copy of the above and foregoing document was served on Jay Brandon, Assistant District Attorney at the Bexar County District Attorney's Office, by electronic mail to jay.brandon@bexar.org.

By: */s/ Gerald H. Goldstein*
Gerald H. Goldstein